# UNITED STATES DISTRICT COURT
## District of Minnesota

Francisco Jorge Morales

Petitioner,

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons, David Easterwood, Joel Brott, U. S Department of Homeland Security and U.S. Immigration and Customs Enforcement

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: **0:26-cv-01017 NEB/DTS**

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Petition for Writ of Habeas Corpus (ECF No. 1) is GRANTED IN PART.

The Court:

a. ENJOINS Respondents from moving Petitioner outside of Minnesota prior to his release. If Petitioner has already been removed from Minnesota, Respondents are ORDERED to immediately return and release Petitioner in Minnesota;

b. ORDERS that Respondents must immediately release Petitioner from custody in Minnesota subject to the conditions of Petitioner's Order of Supervision.

Respondents must release Petitioner from custody in Minnesota as soon as practicable with coordination or at least two hours' advance notice to counsel, but not later than 24 hours after entry of this Order; and

c. ORDERS that, within four days of release, the Respondents shall file notice on the docket confirming that release within Minnesota has occurred.

Date: 2/13/2026

KATE M. FOGARTY, CLERK